UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 22577
  WILLIAM G MAY
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

            Debtor
  SSN XXX-XX-1358

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/15/2004 and was confirmed 08/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/25/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED | 12475.00 | 1017.80 | 12475.00 |
| HSBC AUTO FINANCE | UNSECURED | 5416.90 | .00 | 2027.89 |
| INTERNAL REVENUE SERVICE | UNSECURED | 13375.25 | .00 | 5007.20 |
| DISTRICT DIRECTOR | NOTICE ONLY | NOT FILED | .00 | .00 |
| DISTRICT COUNSEL | NOTICE ONLY | NOT FILED | .00 | .00 |
| US ATTORNEYS OFFICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1300.00 | .00 | 1300.00 |
| DISTRICT DIRECTOR | NOTICE ONLY | NOT FILED | .00 | .00 |
| DISTRICT COUNSEL | NOTICE ONLY | NOT FILED | .00 | .00 |
| US ATTORNEYS OFFICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| DISTRICT DIRECTOR | NOTICE ONLY | NOT FILED | .00 | .00 |
| DISTRICT COUNSEL | NOTICE ONLY | NOT FILED | .00 | .00 |
| US ATTORNEYS OFFICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| A&E STORES | UNSECURED | NOT FILED | .00 | .00 |
| A ALL FINANCIAL SERVICES | UNSECURED | 1500.22 | .00 | 551.47 |
| AMERICASH LOANS LLC | UNSECURED | 332.00 | .00 | 113.05 |
| CAPITAL ONE BANK | UNSECURED | 689.00 | .00 | 253.26 |
| ARROW FINANCIAL SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CLERK OF THE CIRCUIT CT | UNSECURED | 551.00 | .00 | 206.27 |
| CITY OF CHICAGO PARKING | UNSECURED | 4310.00 | .00 | 1613.50 |
| ERNESTO D BORGES JR | UNSECURED | NOT FILED | .00 | .00 |
| JIFFY LUBE | UNSECURED | NOT FILED | .00 | .00 |
| TRANSMITTAL SYSTEMS | NOTICE ONLY | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| HARRIS & HARRIS | NOTICE ONLY | NOT FILED | .00 | .00 |
| PROVIDIAN FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LEIBSK | NOTICE ONLY | NOT FILED | .00 | .00 |
| SUNCASH | UNSECURED | NOT FILED | .00 | .00 |
| TEN MINUTE PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 1533.02 | .00 | 563.52 |
| INTERNAL REVENUE SERVICE | SECURED NOT I | 1300.00 | .00 | .00 |

                   PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 22577 WILLIAM G MAY

```
TIMOTHY K LIOU              DEBTOR ATTY    2,564.40                    2,564.40
TOM VAUGHN                  TRUSTEE                                    1,499.87
DEBTOR REFUND              REFUND                                         39.16
```

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|

--------------------------------------------------------------------------------

```
TRUSTEE                        29,232.39

PRIORITY                                        1,300.00
SECURED                                        12,475.00
    INTEREST                                    1,017.80
UNSECURED                                      10,336.16
ADMINISTRATIVE                                  2,564.40
TRUSTEE COMPENSATION                            1,499.87
DEBTOR REFUND                                      39.16
                              ---------------   ---------------
TOTALS                         29,232.39         29,232.39
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 01/28/08              /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE